# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOHNNIE LEE DIRDEN,

    Petitioner,

v.                                      CASE NO. 3:20cv5933-MCR-HTC

ESCAMBIA COUNTY JAIL,

    Respondent.

_____/

## **O R D E R**

This case is before the Court based on the Magistrate Judge's Report and Recommendation. ECF No. 8. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Having conducted a *de novo* review of any objected to portions of the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1. The Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to prosecute and failure to comply with orders of the Court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of April 2021.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**